# IN THE SUPREME COURT OF THE STATE OF NEVADA

KOO KWANG JUNG,
     Appellant,

vs.

COUNTY OF WASHOE; AND WASHOE
COUNTY D.A.'S OFFICE, BRUCE
HAHN,
     Respondents.

No. 77258

**FILED**

JAN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ____ S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for a default judgment. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule allows an appeal from a post-judgment order denying a motion for a default judgment. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

         _____ *Pickering* , J.
            Pickering

_____ , J.
Parraguirre

         _____ , J.
            Cadish

cc: Hon. Jerome M. Polaha, District Judge
Koo Kwang Jung
Washoe County District Attorney/Civil Division
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A